IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | |
|---|---|
| In re the Detention of:<br><br>T.P.,<br><br>                    Appellant. | No. 86550-1-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION |

PER CURIAM — T.P. appeals the trial court's 14-day involuntary commitment order. She argues that insufficient evidence supports the court's determination that she was gravely disabled under prong (a) of RCW 71.05.020(25). The State concedes the evidence was insufficient and moves to vacate the 14-day commitment order and remand for entry of a further order consistent with this ruling. We accept the concession of error, vacate the 14-day commitment order, and remand for further proceedings.

Reversed and remanded.

FOR THE COURT:

_____

Hazelrigg, A.C.J.

_____

Feldman, J.

_____

Díaz, J.